302 So.2d 547

In re Walter **WAINWRIGHT**

v.

**STATE.**

Ex parte Walter Wainwright.

**SC 1001.**

Supreme Court of Alabama.

Oct. 31, 1974.

Elno A. Smith, Jr., Montgomery, for petitioner.

No brief for the State.

BLOODWORTH, Justice.

Petition of Walter Wainwright for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Wainwright v. State, 53 Ala.App. 571, 302 So.2d 545.

Writ denied.

HEFLIN, C. J., and COLEMAN, Mc-CALL and JONES, JJ., concur.

306 So.2d 33

In re Billy Wayne **WALDROP**

v.

**STATE.**

Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.

**SC 1038.**

Supreme Court of Alabama.

Jan. 2, 1975.

William J. Baxley, Atty. Gen., and William T. Musgrove, Jr., Sp. Asst. Atty. Gen., for petitioner, the State.

None for respondent.

FAULKNER, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Waldrop v. State, 54 Ala.App. 163, 306 So.2d 29.

Writ denied.

HEFLIN, C. J., and MERRILL, HAR-WOOD and MADDOX, JJ., concur.